IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>**GLORIBEL SANTANA SANTIAGO**<br>Debtor(s). | Case No.: **07-03816-BKT**<br><br>Chapter 13 |

# TRUSTEE'S FAVORABLE REPORT
## ON PROPOSED PLAN CONFIRMATION UNDER §1325

TO THE HONORABLE COURT: NOW COMES, José R. Carrión, Chapter 13 Trustee, and very respectfully alleges and prays:

This is the Trustee's position regarding the request, **under 11 U.S.C. §1325**, for the confirmation of a Chapter 13 plan.

Debtor(s)' Income: Under Mediam / 36 months commitment period.    Gen Unsecured Pool: **$0.00**

The **LIQUIDATION VALUE** of the estate has been determined in **0**    **R2016 STM**. **$3,000.00**

**TOTAL ATTORNEYS FEES THRU PLAN: $2,200.00**    Fees paid: **$0.00**    Fees Outstanding: **$2,200.00**

With respect to the proposed (amended) Plan dated: **Aug 21, 2007**,    Plan Base: **$17,712.00**.

**The Trustee Recommends the confirmation of the proposed (amended) plan as it complies with all the requirements for its confirmation pursuant to 11 U.S.C. §1325 and other related sections of the Bankruptcy Code.**

**COMMENTS:**

**After the amendments made to Schedules A and C, the liquidation value has been set to zero.**

**CERTIFICATE OF SERVICE:** The Chapter 13 Trustee herewith certifies that a copy of this motion has been served on the same date it is filed to: the DEBTOR(s) by first class mail to the address of record and to her/his/their attorney ( MIRIAM S LOZADA RAMIREZ* ) by first class mail, if not a ECFS register user, to the address of record.

In San Juan, Puerto Rico this 17th day of September, 2007.

/S/ JAVIER VILARIÑO - STAFF ATTORNEY
_____
JOSE R. CARRION, CHAPTER 13 TRUSTEE
P.O. Box 9023884, Old San Juan Station
San Juan, PR 00902-3884
Tel. (787) 977-3535 Fax (787) 977-3550